THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 James Matthew Inman, Appellant.
 
 
 
 
 

Appeal From York County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2010-UP-337
 Submitted June 1, 2010  Filed June 29,
2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott,
 Assistant Attorney General Deborah R. J.
 Shupe, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM:  James Matthew Inman was indicted and found guilty for escape.  Inman
 appeals his conviction, arguing the circuit court erred in denying his motion
 for directed verdict.  Because Inman's indictment alleged both statutory and
 common law escape, we affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v.
 Gaines, 380 S.C. 23, 32, 667 S.E.2d 728, 732-33 (2008) ("When ruling
 on a motion for a directed verdict, the trial judge is concerned with the
 existence or nonexistence of evidence, not its weight."); id. at
 32, S.E.2d at 733 ("A defendant is entitled to a directed verdict when the
 [S]tate fails to produce evidence of the offense charged."); State v.
 Walker, 311 S.C. 8, 10, 426 S.E.2d 337, 338 (Ct. App. 1992)
 (explaining when reviewing the denial of a directed verdict motion, this court
 "need not reach the question of whether the State proved the statutory
 offense" when the indictment charges both common law and statutory
 escape).
AFFIRMED.
KONDUROS,
 GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.